F I L E D
United States Court of Appeals
Tenth Circuit

MAY 1 1998

PATRICK FISHER
Clerk

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

In re:

CRAY COMPUTER CORPORATION, a
Delaware Corporation,

      Debtor,

WILLIAM KUNTZ, III,

      Appellant,

v.

U.S. BANKRUPTCY COURT,

      Appellee.

No. 97-1428
(D.C. No. 97-K-1811)
(District of Colorado)

**ORDER AND JUDGMENT**[*]

Before **PORFILIO**, **KELLY**, and **HENRY**, Circuit Judges.

After examining the briefs and appellate record, this panel has determined

unanimously that oral argument would not materially assist the determination of this

---

[*] This order and judgment is not binding precedent, except under the doctrines of
law of the case, res judicata, and collateral estoppel.  This court generally disfavors the
citation of orders and judgments; nevertheless, an order and judgment may be cited under
the terms and conditions of 10th Cir. R. 36.3.

appeal.  <u>See</u> Fed. R. App. P. 34(a); 10th Cir. R. 34.1.9.  The case is therefore ordered submitted without oral argument.

Our examination of the briefs and record leads us to the conclusion the appeal is wholly without merit.  The judgment is affirmed for the reasons stated by the district court in its order of dismissal.

ENTERED FOR THE COURT


John C. Porfilio
Circuit Judge